IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry Metcalf <br> 73-4273 Hulikoa Drive <br> Kailua-Kona, Hawaii 96740 <br><br> Metcalf Construction Company, Inc. <br> 73-4273 Hulikoa Drive <br> Kailua-Kona, Hawaii 96740 <br><br>     Plaintiffs, <br><br> v. <br><br> Donald C. Winter <br> Secretary of the United States Navy <br> Office of the Secretary of the Navy <br> Department of the Navy <br> 1000 Navy Pentagon Room 4D572 <br> Washington, DC. 20350-1000 <br><br> and <br><br> Mark O. Wilkoff <br> Suspending and Debarring Official <br> Office of the General Counsel <br> Department of the Navy <br> 720 Kennon Street SE, Bldg 36, Room 214 <br> Washington Navy Yard, DC  20374-5012 | Civil Action No.:_____ |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

  I, the undersigned, counsel of record for Metcalf Construction Company, Inc. and Terry Metcalf, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Metcalf Construction Company, Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

October 11, 2007

Respectfully submitted,

ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150

Attorney of Record for
TERRY METCALF and METCALF
CONSTRUCTION COMPANY, INC.

Of Counsel:

JEREMY BECKER-WELTS
Bradley Arant Rose & White LLP