# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry Metcalf<br>73-4273 Hulikoa Drive<br>Kailua-Kona, Hawaii 96740<br><br>Metcalf Construction Company, Inc.<br>73-4273 Hulikoa Drive<br>Kailua-Kona, Hawaii 96740<br><br>          Plaintiffs,<br><br>v.<br><br>Donald C. Winter<br>Secretary of the United States Navy<br>Office of the Secretary of the Navy<br>Department of the Navy<br>1000 Navy Pentagon Room 4D572<br>Washington, DC. 20350-1000<br><br>and<br><br>Mark O. Wilkoff<br>Suspending and Debarring Official<br>Office of the General Counsel<br>Department of the Navy<br>720 Kennon Street SE, Bldg 36, Room 214<br>Washington Navy Yard, DC  20374-5012 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(A) of the Federal Rules of Civil procedure, Plaintiffs Metcalf

Construction Company, Inc. and Terry Metcalf (collectively, "Metcalf"), by and through their

undersigned counsel, moves the Court for a Preliminary Injunction  enjoining the Department of

the Navy, its agents, employees, officers, and representatives, and those acting in concert with

any of the foregoing from enforcing the Navy's debarment of Plaintiffs, pending a hearing and

final disposition of this action by the Court, or until further order of the Court.  In support

thereof, Plaintiffs respectfully state:

       1.      Plaintiffs will suffer immediate and irreparable harm, as their ability to function

as an ongoing business on state and federal public contracts will be thwarted.  Additionally,

Metcalf has been unable to bid on several federal and state construction projects and will be

unable to bid on future federal and state construction projects.

      Projects For Which Plaintiff Has Been Unable to Bid:

**MCCI has been unable to bid in the following projects for which it would have liked to compete but for the debarment:**

| | | |
|---|---|---|
| State of Hawaii HPHA Job No. 07-034-105-S Renovation of 49 vacant units US Army W9128A-07-R-008, | Sept 28, 2007 | $25,000,000.00 |
| Whole Barracks Renewal Dept of Transportation, Hawaii A01098-17, | July 3, 2007 | $7 - 10,000,000.00 |
| Airfield Electrical Vault at Airport Dept of Transportation, Hawaii CH2703-83 | June 28, 2007 | $25,000,000.00 |
| Kona Terminal complex repairs | June 14, 2007 | $1,000,000.00 |
| Dept of Hawaiian Home Lands 07-HHL-010 East Kapolei development | August 9, 2007 | $10,000,000.00 |
| Dept of Transportation, Hawaii A01103-14 Replace passenger loading bridges | August 13, 2007 | $6 - 8,000,000.00 |
| Dept of Transportation, Hawaii AM1095-06 Integration improvements at Kahului Airport | August 30, 2007 | $18 - 20,000,000.00 |

**MCCI will be unable to bid for the following future projects for which it would like to compete but for the debarment:**

| | | |
|---|---|---|
| Dept of Transportation, Hawaii AM1095-06- Phase II Kahului Airport | September 20, 2007 | $18 - 20,000,000.00 |
| Konawaena Middle School P17013-07/P17012-07 Renovate elementary school | October 17, 2007 | $1 - 5,000,000.00 |

| | | |
|---|---|---|
| Kapolei High School Athletic Complex P00123-06 Athletic Complex | October 24, 2007 | $2.5 - 5,000,000.00 |
| Fern Elementary School, Kalihi Uka Elementary School, and others P21020-07 Renovate Schools | November 21, 2007 | $1 - 5,000,000.00 |
| Lahaina Elementary School P54015-07 Renovate school | November 27, 2007 | $1 - 5,000,000.00 |
| East Kapolei I Subdivision, proposals Design and construct residential housing | December 2007 | Open Bid |

See Declaration of Terry Metcalf, Exhibit 25.

2.      The parties with whom Metcalf currently have contracts will not be harmed if the injunction is issued.  No governmental agency except for the Navy has complained about Metcalf's performance or integrity.  The Navy will suffer no harm in that the Contract has been completed and Metcalf has no other ongoing Navy contracts.

3.      The public interest will be furthered by the injunction in that the public has a right not to be subjected to unlawful and improper debarment proceedings and to demand that its public officials discharge their duties in accordance with law and regulation.

4.      There is a substantial likelihood that Plaintiffs will succeed on the merits of this action, as more fully set forth in the Memorandum of Points and Authorities and supporting Exhibits[1] filed with this Motion.

5.      The Navy's debarment was arbitrary and capricious, not in accordance with law and regulation, made in bad faith, and imposed for purposes other than the protection of the government's interests.

1.      WHEREFORE, Plaintiffs respectfully pray that the Court issue a Preliminary Injunction in accordance with the proposed order submitted herewith.

---

[1] Plaintiffs have filed with the Court one set of Consolidated Exhibits in support of Plaintiffs' Complaint for Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, and Declaratory Relief from Debarment Order, Plaintiffs' Motion for Temporary Restraining Order, Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs' Memorandum of Points and Authorities in support of all pleadings.

October 11, 2007                                    Respectfully submitted,

                                                    _____
                                                    ROBERT J. SYMON
                                                    Bradley Arant Rose & White LLP
                                                    1133 Connecticut Avenue, NW, 12th Floor
                                                    Washington, D.C. 20036
                                                    (202) 393-7150

                                                    Counsel for Plaintiffs
                                                    TERRY METCALF and METCALF
                                                    CONSTRUCTION COMPANY, INC.

Of Counsel:

JEREMY BECKER-WELTS
Bradley Arant Rose & White LLP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Terry Metcalf                                          )
73-4273 Hulikoa Drive                                  )
Kailua-Kona, Hawaii 96740                              )
                                                       )
Metcalf Construction Company, Inc.                     )
73-4273 Hulikoa Drive                                  )
Kailua-Kona, Hawaii 96740                              )
                                                       )
            Plaintiffs,                                )
                                                       )
v.                                                     )    Civil Action No.:_____
                                                       )
Donald C. Winter                                       )
Secretary of the United States Navy                    )
Office of the Secretary of the Navy                    )
Department of the Navy                                 )
1000 Navy Pentagon Room 4D572                          )
Washington, DC. 20350-1000                             )
                                                       )
and                                                    )
                                                       )
Mark O. Wilkoff                                        )
Suspending and Debarring Official                      )
Office of the General Counsel                          )
Department of the Navy                                 )
720 Kennon Street SE, Bldg 36, Room 214                )
Washington Navy Yard, DC  20374-5012                   )
                                                       )

## ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs Motion for Preliminary Injunction, and the pleadings

filed in support thereof, and after a hearing on the motion, and it appearing to the Court that:

1.      The Department of the Navy may have improperly debarred Plaintiffs from

federal contracting, in that:

a. Plaintiffs were denied a fair opportunity to defend against the Navy's proposed debarment in that the Navy's Suspension and Debarment Official ("SDO") refused to allow Plaintiffs a hearing and the opportunity to confront witnesses;

b. The Navy SDO may have improperly applied the wrong standard of proof in debarring Plaintiffs;

c. The NAVY SDO may have improperly utilized impermissible bases under the Federal Acquisition Regulation to debar Plaintiffs;

d. The Navy SDO may have failed to make findings supported by the Administrative Record; and

e. The Navy 's determination to debar Plaintiffs may have been arbitrary, capricious, not in accordance with law or regulation, made in bad faith, or imposed for purposes other than the protection of the government's interests; and

2.    Plaintiffs have shown a likelihood of success on the merits; and

3.    Enforcement of the Navy's debarment would likely cause immediate and irreparable injury to the Plaintiffs' business; and

4.    Plaintiffs have no adequate remedy at law; and

5.    Defendants will not be injured by the issuance of a Temporary Restraining Order; and

6    The public interest will be served by the issuance of a Temporary Restraining Order.

**THEREFORE, IT IS HEREBY ORDERED:**

That the Defendants, their agents, employees, officers and representatives, be and are hereby enjoined from enforcing any debarment order relating to Metcalf Construction Company,

2

Inc. and Terry Metcalf, and from causing any references to Plaintiffs as debarred parties to be removed from the United States Government's Excluded Party List System, until a hearing on the merits and final disposition of this action, or until further Order of the Court.

No bond is required.

Entered this _____ day _____, 2007.


_____
United States District Judge