## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf** | ) |
| **73-4273 Hulikoa Drive** | ) |
| **Kailua-Kona, Hawaii 96740** | ) |
| | ) |
| **Metcalf Construction Company, Inc.** | ) |
| **73-4273 Hulikoa Drive** | ) |
| **Kailua-Kona, Hawaii 96740** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 07-1839 (RMC)** |
| | ) |
| **Donald C. Winter,** | ) |
| **Secretary of the United States Navy** | ) |
| **Office of the Secretary of the Navy** | ) |
| **Department of the Navy** | ) |
| **1000 Navy Pentagon Room 4D572** | ) |
| **Washington, DC 20350-1000** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Mark O. Wilkoff** | ) |
| **Suspending and Debarring Official** | ) |
| **Office of the General Counsel** | ) |
| **Department of the Navy** | ) |
| **720 Kennon Street SE, Bldg 36, Room 214** | ) |
| **Washington Navy Yard, DC 20374-5012** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant

U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____
     /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2007, I caused the foregoing Notice of

Appearance to be served on Counsel for the Plaintiff sby the Electronic Case Filing system or, if this

means failed, then by first-class mail, postage prepaid, addressed as follows:

Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C.  20036

                                      /s/
_____
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 616-0739