UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf,** *et al.*        ) | |
| ) | |
| **Plaintiffs,**      ) | |
| ) | |
| v.      ) | Civil Action No. 07-1839 (RMC) |
| ) | |
| **Donald C. Winter,** *et al.*      ) | |
| **Secretary of the United States Navy**      ) | |
| ) | |
| **Defendants.**      ) | |
| ) | |

**NOTICE OF CIRCUMSTANCES
RENDERING THIS CASE MOOT**

The Defendants, through counsel, the United States Attorney for the District of Columbia, respectfully formally notify the Court and Counsel that the United States Department of the Navy, as reflected in the attached letter, has rescinded its September 4, 2007 debarment decision concerning Terry Metcalf and Metcalf Construction Company, Inc. that is the subject of this litigation. Defendants submit that this development not only renders moot the pending motion for a temporary restraining order and petition for a permanent injunction, but renders the entire case moot and thus subject to dismissal. See McBryde v. Committee to Review Circuit Council Conduct and Disability Orders of the Judicial Conference of the United States, 264 F.3d 52, 55 (D.C. Cir. 2001) (citations omitted); Pharmachemie B.V. v. Barr Laboratories, Inc., 276 F.3d 627, 631 (D.C. Cir. 2002); Fraternal Order of Police v. Rubin, 134 F. Supp.2d 39, 41 (D.D.C. 2001) (further noting that no justiciable controversy is presented when the question to be adjudicated as been mooted by subsequent developments). See also, Ann Riley & Associates, Ltd. v. Brunsdale, No. 91-2516

(RCL), 1991 WL 247829 (D.D.C. 1991) (case dismissed as moot with agency withdrawal of notices of proposed debarment).

        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2007, I caused the foregoing Notice of Circumstances Rendering this Case Moot to be served on Counsel for the Plaintiffs by the Electronic Case Filing system or, if this means failed, then by first-class mail, postage prepaid, addressed as follows:

Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036

                                                /s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 616-0739