UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 07-1839 (RMC) |
| | ) |
| **Donald C. Winter,** *et al.* | ) |
| **Secretary of the United States Navy** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ERRATA TO**
**NOTICE OF CIRCUMSTANCES**
**RENDERING THIS CASE MOOT**

  The Defendants, through counsel, the United States Attorney for the District of Columbia, correct their Notice of Circumstances Rendering this Case Moot by filing an attachment that was inadvertently omitted from the original filing.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                D.C. BAR NUMBER 498-610


        By:        /s/
            OLIVER W. McDANIEL, D.C. Bar No. 377-360
            Assistant United States Attorney
            Civil Division
            555 4th Street, N.W.
            Washington, D.C.  20530
            (202) 616-0739

October 15, 2007



**DEPARTMENT OF THE NAVY**
OFFICE OF THE GENERAL COUNSEL
720 KENNON STREET SE RM 214
WASHINGTON NAVY YARD DC 20374-5012

October 15, 2007

Robert J. Symon, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036

RE: DEBARMENT OF METCALF CONSTRUCTION COMPANY, INC. AND TERRY METCALF, CEO/PRESIDENT, METCALF CONSTRUCTION COMPANY, INC.

Dear Mr. Symon:

The Department of the Navy (the Navy) maintains that it was substantially justified in deciding to debar Terry Metcalf and Metcalf Construction Company, Inc. on September 4, 2007. However, after further consideration, I am exercising my discretion to rescind my debarment decision of September 4, 2007. Consistent with this decision, the Navy removed Terry Metcalf and Metcalf Construction Company, Inc. from the Excluded Parties List System (EPLS) at 10:00 a.m. this morning.

Sincerely,

MARK O. WILKOFF
Suspending and Debarring Official
Department of the Navy