UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TERRY METCALF,** *et al.*,  )<br>  )<br>  **Plaintiffs,**  )<br>  )<br>  v.  )<br>  )<br>**DONALD C. WINTER,** *et al.*,  )<br>**Secretary of the United States Navy,**  )<br>  )<br>  **Defendants.**  )<br>  ) | Civil Action No. 07-1839 (RMC) |

**ORDER**

This matter comes before the Court on Defendants' Notice of Circumstances Rendering this Case Moot ("Def.'s Notice"). *See* Def.'s Notice [Dkt. #7]. Plaintiffs Metcalf Construction Company, Inc. and Terry Metcalf (collectively, "Metcalf") filed a complaint for injunctive and declaratory relief from a debarment order issued by the Navy. *See* Pl.'s Compl. [Dkt. #1], Ex. 23. The complaint requested temporary, preliminary, and permanent injunctive relief against the debarment and an order declaring the debarment order void and unenforceable. The Court held a hearing on the motion for a temporary restraining order on November 12, 2007 in open court. At the conclusion of that hearing, the Government requested that the Court take the arguments presented under advisement in hopes that the case could be resolved between the parties.

The Court took the arguments under advisement. Subsequently, the Defendants filed a notice notifying the Court that the United States Department of the Navy rescinded its September 4, 2007 debarment decision concerning Terry Metcalf and Metcalf Construction Company, Inc. *See* Def.'s Notice at 1; *see also* 10/15/07 Letter [Dkt. #8]. Defendants submit that this development not only renders moot the pending motion for a temporary restraining order and motion for preliminary

injunction, but renders the entire case moot and thus subject to dismissal. *Id.* The Court agrees that this case is now moot, and that it should be dismissed at this time in light of the letter issued by Suspending and Debarring Official Mark O. Wilkoff rescinding the debarment decision. *See McBryde v. Comm. to Review Circuit Council Conduct and Disability Orders of the Judicial Conference of the United States*, 264 F.3d 52, 55 (D.C. Cir. 2001); *Ann Riley & Assoc., Ltd. v. Brunsdale*, No. 91-2516, 1991 WL 247829 (D.D.C. Nov. 5, 1991). Should the debarment decision be reinstated, prompt decision at that time will be available to fully protect Metcalf's rights. Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Temporary Restraining Order [Dkt. #3] and Motion for Preliminary Injunction [Dkt. #4] are **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that Plaintiffs' Complaint [Dkt. #1] is **DISMISSED**. This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: October 16, 2007