UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf**, *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1839 (RMC) |
| ) | |
| **Donald C. Winter**, *et al.* ) | |
| **Secretary of the United States Navy** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS'
APPLICATION FOR FEES AND OTHER EXPENSES UNDER THE
EQUAL ACCESS TO JUSTICE ACT**

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to Plaintiffs' Application for Fees, from November 7, 2007, up to and including December 4, 2007. Counsel for the Plaintiffs, Jeremy Becker-Welts, has graciously consented to this extension. As grounds for this motion, Defendants submit the following.

Counsel for Defendants needs additional time because Defendants may seek discovery from Plaintiff on issues pertinent to the Equal Access to Justice Act. Moreover, Counsel for the Defendants demanding litigation schedule also necessitates this request for an extension of time to draft the motion. Specifically, Counsel for the Defendants has several substantial filings in the District Court during this week and the following weeks: (1) a Reply to Plaintiff's Response to Show Cause Order in <u>Maydak v. U.S. Dep't of Justice</u>, 00-0562 (RBW) due on November 6, 2007, (2) a Response to Plaintiff's Motion for Summary Judgment in <u>Bruzon v. Drug Enforcement</u>

Administration, 04-1935 (EGS) due on November 8, 2007; (3) a Motion for Partial Judgment on the Pleadings in Getz v. Lambright, 05-1195 (HHK) due on November 9, 2007; (4) a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or the alternative for Motion for Summary Judgment in Hewitt v. Rice, 07-1097 (RWR) due on November 19, 2007; (5) a Response to the Complaint in Sulton v. Peters, 07-1470 (EGS) due on November 23, 2007.  Counsel for Defendants is also involved in ongoing mediation efforts in Kriesch v. Connor, 05-2402 (RMC), with the next session scheduled for November 8, 2007.  Further, Counsel for Defendants will be conducting depositions during the week of November 26, 2007 in Gilbert v. Chertoff, 05-2128 (RJL).  These and other personal and professional responsibilities of Counsel for the Defendants necessitate this requested extension until December 4, 2007.

WHEREFORE, Defendants submit that this motion for an extension of time up to and including December 4, 2007, to file a response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:  _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of November, 2007, I caused the foregoing **Defendants' Motion for an Extension of Time to File a Response Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act** to be served on Counsel for the Plaintiffs by the Electronic Case Filing system or, if this means fails, then by U.S. mail, postage prepaid, addressed as follows:

Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 07-1839 (RMC) |
| | ) |
| **Donald C. Winter,** *et al.* | ) |
| **Secretary of the United States Navy** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to File a Response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act, and the entire record of this case, it is hereby

ORDERED that Defendants' Unopposed Motion for an Extension of Time to File a Response to Plaintiff's Application for Fees and Other Expenses under the Equal Access to Justice Act, be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to and including December 4, 2007, to file a Response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036