# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Civil Action No. 07-1839 (RMC)** |
| | ) |
| **Donald C. Winter,** *et al.* | ) |
| **Secretary of the United States Navy** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

### DEFENDANTS' PARTIALLY UNOPPOSED MOTION FOR DISCOVERY AND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' APPLICATION FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, for an order scheduling discovery in this matter, limited to an inquiry into Plaintiffs' net worth and the timing and relationship of Plaintiffs' claimed fees and costs to the debarment order issued by the United States Navy in this case. Defendants further move, pursuant to Rule 6(b) of the Federal Rules of Civil procedure for an extension of time within which to file a response to Plaintiffs' Application for Fees from today, December 4, 2007, up to a date thirty days after the close of discovery. Counsel for the Plaintiffs, Jeremy Becker-Welts, does not oppose the motion for discovery concerning net worth, but opposes the motion for extension of time as to Plaintiffs' application on issues other than net worth. As grounds for this motion, Defendants submit the following.

The Equal Access to Justice Act (EAJA) does not authorize the award of fees and costs if a litigant does not qualify as a "party" under its provisions. 28 U.S.C. § 2412 (d)(2)(B). EAJA defines a "party" as either an individual whose net worth does not exceed $2,000,000.00 or a corporation

with a net worth that does not exceed $7,000,000.00. Id.  The contract at issue in the debarment in

this case, as reflected in the debarment memorandum, totaled well in excess of $5 million dollars,

which as proffered by Plaintiffs during the litigation, is but one of many government contracts that

they have been awarded.  A preliminary inquiry into the Corporation's net worth, as reflected on the

attached Dunn and Bradstreet report, obtained from the internet, reflects that Metcalf Construction

Company, Inc. reports annual sales totaling approximately $14 million ($13.8), almost twice the

statutory EAJA cap.  Under these circumstances, the Plaintiffs' circumstances compel an inquiry into

their net worth.  Although Terry Metcalf submitted an affidavit attesting to net worth, it makes

conclusory statements about the Corporation, which Defendants should not have to accept, and

incorrectly uses the $7,000,000 EAJA cap to assess his personal net worth, giving Defendants

additional cause to doubt the affidavit's reliability.

 Case authority suggests that it is prudent for an opponent of an award of fees, who has reason

to doubt the proponent's status as a "party" under EAJA, to seek discovery in advance of briefing.

See National Ass'n of Mfrs. v. Department of Labor, 159 F.3d 597, 605 (D.C. Cir. 1998) (limited

discovery of proponent's net worth effectively precluded opponent from asserting that proponent was

not a "party").  See also Germano-Millgate Tenants Ass'n v. Cisneros, 855 F.Supp. 233, 234 (N.D.

Ill. 1993) (discovery on issue of net worth permitted); U.S. v. Eighty-Eight (88) Designated Accounts

Containing Monies Traceable to Exchanges for Controlled Substances, 786 F.Supp. 1578, 1580

(S.D. Fla. 1992) (Court explains importance of information contradicting proponents' allegations

of having a qualifying net worth in opposing award of EAJA fees on this ground).

 In this case, Defendants also need discovery to parse what fees were incurred pre- and post-

debarment.  To the extent that the Navy was substantially justified in initiating debarment

proceedings, Plaintiffs would not be entitled to fees and costs prior to issuance of the debarment order. See Dantran, Inc. v. U.S. Dept. of Labor, 246 F.3d 36, 41 (1st Cir. 2001). So, Defendants also seek discovery on the nature and amount of fees incurred before the debarment order. Defendants request a period of 90 days to complete all discovery.

The Defendants need this information in order to brief their opposition to Plaintiffs' application for fees. While discrete issues concerning whether Defendant was substantially justified and whether any special circumstances justifying a denial of an award of fees could have been briefed, without discovery, Defendant submits that these issues would be briefed most efficiently in a single consolidated brief along with any issues concerning Plaintiffs' qualifications for a fee award under EAJA.

Further, Counsel for the Defendants' demanding litigation schedule necessitates this request for an extension of time to draft the motion. Specifically, Counsel for the Defendant has had and has several substantial filings in the District Court and other litigation demands: (1) a Reply to Plaintiff's Response to Show Cause Order in Maydak v. U.S. Dep't of Justice, 00-0562 (RBW); (2) a Response to Plaintiff's Motion for Summary Judgment in Bruzon v. Drug Enforcement Administration, 04-1935 (EGS); (3) a Motion for Partial Judgment on the Pleadings in Getz v. Lambright, 05-1195 (HHK), as well as an opposition to a renewed motion to amend the complaint in this case due as well on November 29, 2007; (4) a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or the alternative for Motion for Summary Judgment in Hewitt v. Rice, 07-1097 (RWR); (5) a Motion to Dismiss or Transfer in Sulton v. Peters, 07-1470 (EGS) and preparation for depositions in Johnson, et al. v. D.C., et al., 02-2364 (RMC). Counsel for the Defendant is also involved in ongoing mediation efforts in Kriesch v. Connor, 05-2402 (RMC). Moreover, Counsel

has been preparing for depositions in <u>Gilbert v. Chertoff</u>, 05-2128 (RJL), which have been postponed indefinitely after the parties realized that the potential for settlement exists. These responsibilities, as well as other personal and professional responsibilities of Counsel for the Defendants also necessitate this requested extension.

WHEREFORE, Defendants submit that this motion for an order scheduling discovery and an extension of time up to and thirty days after the close of discovery, to file a response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act should be granted.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

Counsel for Defendants

4

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of November, 2007, I caused the foregoing **Defendants'**

**Motion for Discovery and for an Extension of Time to File a Response Plaintiffs' Application**

**for Fees and Other Expenses under the Equal Access to Justice Act** to be served on Counsel for

the Plaintiffs by the Electronic Case Filing system or, if this means fails, then by U.S. mail, postage

prepaid, addressed as follows:


Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036



                                                          /s/
                                    OLIVER W. McDANIEL, D.C. BAR # 377360
                                    Assistant United States Attorney
                                    Civil Division
                                    555 Fourth Street, N.W.
                                    Washington, D.C.  20530
                                    (202) 616-0739

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Terry Metcalf, *et al.*** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 07-1839 (RMC)** |
| | ) |
| **Donald C. Winter, *et al.*** | ) |
| **Secretary of the United States Navy** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**ORDER**

Upon consideration of Defendants' Partially Unopposed Motion for Discovery and Motion for an Extension of Time to File a Response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act, and the entire record of this case, it is hereby

ORDERED that Defendants' Unopposed Motion for Discovery, for a period of ninety (90) days from the date of this order, is granted on the limited issue of Plaintiffs' net worth and the timing and relationship of Plaintiffs' fee request to the subject debarment order, and it is

FURTHER ORDERED, that Defendants' Motion for an Extension of Time to File a Response to Plaintiff's Application for Fees and Other Expenses under the Equal Access to Justice Act, be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to and including thirty (30) days after the close of discovery to file a Response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act.

Date this _____ day of _____, 2007.


_____
United States District Judge


Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

4 of 7 DOCUMENTS

Copyright 2007 Dun & Bradstreet, Inc
Worldbase

November 6, 2006

METCALF CONSTRUCTION COMPANY INC

73-4273 HULIKOA DR
KAILUA KONA, HI 967402671
USA

**COUNTY:** HAWAII
**REGION:** NORTH AMERICA

\* \* \* \* \* \* \* \* \* **COMMUNICATIONS** \* \* \* \* \* \* \* \* \*
**TELEPHONE:** 8083291975

**COUNTRY CODE:** 0001

\* \* \* \* \* \* \* \* \* **COMPANY IDENTIFIERS** \* \* \* \* \* \* \* \* \*
**DUNS:** 62-489-1016

\* \* \* \* \* \* \* \* \* **COMPANY INFORMATION** \* \* \* \* \* \* \* \* \*
**FOUNDED:** 1985
**LEGAL STATUS:** Corporation
**ORGANIZATION TYPE:** Parent

**EMPLOYEES HERE:** 30 - Low-end
**EMPLOYEES TOTAL:** 60 - Low-end

**COMPANY TYPE:** Ultimate

\* \* \* \* \* \* \* \* \* **EXECUTIVES** \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CEO: | TERRY METCALF, PRES |
| TREASURER: | CINDI METCALF |

\* \* \* \* \* \* \* \* \* **DESCRIPTION** \* \* \* \* \* \* \* \* \*
NONRESIDENTIAL CONSTRUCTION, NEC, NSK

\* \* \* \* \* \* \* \* \* **MARKET AND INDUSTRY** \* \* \* \* \* \* \* \* \*
**SIC CODES:**
1542 - Nonresidential construction

\* \* \* \* \* \* \* \* \* **OTHER FINANCIALS** \* \* \* \* \* \* \* \* \*

Worldbase, 11/06/2006, METCALF CONSTRUCTION COMPANY INC

**FINANCIAL FIGURE DATE (not available)**

|  | US DOLLARS |  |
|---|---|---|
| ANNUAL SALES | $13,800,000 | 13,800,000 |

**LOAD-DATE:** April 11, 2007

1 of 7 DOCUMENTS

Copyright 2007 Dun & Bradstreet, Inc.
Dun's Market Identifiers

October 1, 2007

Metcalf Construction Company, Inc.

73-4273 Hulikoa Dr
Kailua Kona, HI 96740-2671
United States

**BUSINESS ADDRESS:** 73-4273 Hulikoa Dr, Kailua Kona, HI 96740-2671, United States
**COUNTY:** Hawaii
**CONGRESSIONAL DISTRICT:** 2d Congressional District - Zip code centroid

* * * * * * * * * * **COMMUNICATIONS** * * * * * * * * * *
**TELEPHONE:** 808-329-1975

* * * * * * * * * * **COMPANY IDENTIFIERS** * * * * * * * * * *
**DUNS NUMBER:** 62-489-1016

* * * * * * * * * * **COMPANY INFORMATION** * * * * * * * * * *
**FOUNDED:** 1985
**INCORPORATION DATE:** May 5, 1993
**PLACE OF INCORPORATION:** Hawaii
**LEGAL STATUS:** Corporation
**ORGANIZATION TYPE:** Headquarters, Small Business
**EMPLOYEES:**
**Employee Total:** 60
**Employees At This Location:** 30 - Low-end of Range

**PROPERTY:** 3,000 square feet - RENTS

* * * * * * * * * * **EXECUTIVES** * * * * * * * * * *

| | |
|---|---|
| President: | Terry Metcalf, Pres |
| Treasurer: | Cindi Metcalf, SEC-Treas |
| Secretary: | Cindi Metcalf, SEC-Treas |

* * * * * * * * * * **DESCRIPTION** * * * * * * * * * *
**INDUSTRY TYPE:** Construction; Nonresidential Construction

* * * * * * * * * * **MARKET AND INDUSTRY** * * * * * * * * * *
**NAICS CODES:**

Dun's Market Identifiers Plus, 10/01/07, Metcalf Construction Company, Inc.

236220 - Commercial and Institutional Building Construction
**SIC CODES:**
1542 - Nonresidential construction, nec, nsk
15420100 - Commercial and office building contractors
**MARKETS:**
**NUMBER OF ACCOUNTS: 7**

\* \* \* \* \* \* \* \* \* \* **INCOME STATEMENT** \* \* \* \* \* \* \* \* \* \*
**Sales Revision Date:** October 20, 2007
**Annual Sales:** $13,800,000 - Estimated

**LOAD-DATE:** November 17, 2007