**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERRY METCALF and ) <br> METCALF CONSTRUCTION COMPANY, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD C. WINTER, et al. ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No.: 07-1839 (RMC) |

## **PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Plaintiffs Terry Metcalf and Metcalf Construction Company, Inc. ("Metcalf" or "Plaintiffs") by counsel, hereby respectfully request the Court schedule oral argument on Defendants' Motion for Discovery pursuant to LCvR 7(f).

December 19, 2007

Respectfully submitted,

/s/ Robert J. Symon
ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue NW
12th Floor
Washington, D.C. 20036
(202) 393-7150

Counsel of Record for Plaintiffs
TERRY METCALF and
METCALF CONSTRUCTION CO., INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2007, I caused the foregoing Plaintiffs' Request for Oral Argument to be served on Counsel for the Defendants by the Electronic Case Filing system or, if this means failed, by electronic mail delivery to:

>Oliver W. McDaniel, Esq.
>Assistant United States Attorney
>Civil Division
>555 Fourth St., N.W.
>Washington, DC  20530
>oliver.mcdaniel@usdoj.gov

>/s/ Robert J. Symon
>ROBERT J. SYMON
>Bradley Arant Rose & White LLP
>1133 Connecticut Avenue NW
>12th Floor
>Washington, D.C. 20036
>(202) 393-7150

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERRY METCALF and ) | |
| METCALF CONSTRUCTION COMPANY, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1839 (RMC) |
| ) | |
| DONALD C. WINTER, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

UPON CONSIDERATION of Plaintiffs' request that oral argument be scheduled on Defendants' Motion for Discovery, it is by the Court this ____ day of December, 2007, hereby

ORDERED that oral argument be scheduled for _____ at _____ o'clock _____ in Courtroom ____.

_____
UNITED STATES DISTRICT JUDGE