UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf**, *et al.* )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**Donald C. Winter**, *et al.* )<br>**Secretary of the United States Navy** )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 07-1839 (RMC) |

### DEFENDANTS' RENEWED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' APPLICATION FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby submit this renewed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to Plaintiffs' Application for Fees, from January 7, 2008, to a date thirty days after the Court rules on Defendant's motion for discovery or a date thirty days after the close of any discovery period ordered by the Court. Counsel for the Plaintiffs were not available when Counsel for the Plaintiffs attempted to contact them concerning their position on this extension. As grounds for this motion, Defendants submit the following.

The parties have now fully briefed Defendants' motion for discovery. Plaintiffs have requested a hearing on this motion. However, Counsel for the Defendants are not available to participate in a hearing until after January 7, 2007, the current due date for Defendants' opposition to Plaintiffs' application for discovery. The critical issue surrounding Plaintiffs' application for fees in Defendants' view is Plaintiffs' qualification for fees under the Equal Access to Justice Act

(EAJA). Defendants believe that Plaintiffs are not EAJA qualified. However, if the evidence reveals that they are, then Defendants believe that the fees issue would be subject to ready resolution by settlement. Defendants accordingly respectfully request that the Court extend the time for their response to Plaintiffs' application for fees to permit the parties to focus exclusively on the question of Plaintiffs' qualification for fees under EAJA. Defendants submit that this approach will result in a more expeditious resolution of Plaintiffs' application for fees.

WHEREFORE, Defendants submit that this motion for an extension of time from January 7, 2008, to a date thirty days after the Court rules on Defendant's motion for discovery or a date thirty days after the close of any discovery period ordered by the Court should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of December, 2007, I caused the foregoing **Defendants' Renewed Motion for an Extension of Time to File a Response Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act** to be served on Counsel for the Plaintiffs by the Electronic Case Filing system or, if this means fails, then by U.S. mail, postage prepaid, addressed as follows:

Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Terry Metcalf**, *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 07-1839 (RMC) |
| | ) |
| **Donald C. Winter**, *et al.* | ) |
| Secretary of the United States Navy | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendants' Renewed Motion for an Extension of Time to File a Response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Extension of Time to File a Response to Plaintiff's Application for Fees and Other Expenses under the Equal Access to Justice Act, be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to a date thirty days after the Court rules on Defendants' motion for discovery or a date thirty days after the close of any discovery period ordered by the Court to file a Response to Plaintiffs' Application for Fees and Other Expenses under the Equal Access to Justice Act.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Robert J. Symon, Esq.
Jeremy Becker-Welts, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036