**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERRY METCALF and ) <br> METCALF CONSTRUCTION COMPANY, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD C. WINTER, et al. ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No.: 07-1839 (RMC) |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' RENEWED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' APPLICATION FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

Plaintiffs Terry Metcalf and Metcalf Construction Company, Inc. ("Metcalf" or "Plaintiffs") by counsel, hereby file this Objection to Defendants' Renewed Motion for an Extension of Time to File a Response to Plaintiffs' Application for Fees and Other Expenses Under the Equal Access to Justice Act, and in support thereof, respectfully state:

1. By Order entered on December 5, 2007, this Court previously denied Defendants' request to delay filing its response to Plaintiffs' Application for Fees (the "EAJA Application") until 30 days' following completion of discovery.

2. Despite that Order, Defendants' have now renewed their request to delay filing a response to the EAJA Application contending, *inter alia*, that the Court should allow such delay pending the outcome of Defendants' Motion for Discovery. This precise issue has already been decided by the Court. Defendants' Motion for Discovery was filed concurrently with Defendants' original Motion to Extend. The basis for the requested extension was to conduct discovery prior to filing a response to the EAJA Application. The Court denied the requested

extension (although the Court did grant Defendants an additional month to prepare their Response), and allowed for briefing on the issue of discovery.  Clearly the Court has ruled that a Response must be filed and that such Response is not tied to whether or not formal discovery is allowed.  Nevertheless, Defendants have repeated their request to delay filing a response by filing the equivalent of a motion for reconsideration unsupported by any basis for which reconsideration could be granted.  Accordingly, there being no basis in fact or law to support reconsideration, the Court should deny Defendants' Renewed Motion.

      3.    Plaintiffs respectfully suggest that if Defendants were to expend as much time and resources in attempting to comply with their obligations as they have in attempting to delay and avoid them, this matter would have been long ago resolved.

WHEREFORE, Metcalf respectfully requests the Court deny Defendants' Renewed Motion for an Extension of Time, and grant such and other relief as is just and proper.

December 21, 2007                                                                  Respectfully submitted,

/s/ Robert J. Symon
ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue NW
12th Floor
Washington, D.C. 20036
(202) 393-7150

Counsel of Record for Plaintiffs
TERRY METCALF and
METCALF CONSTRUCTION CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, I caused the foregoing Objection to Defendants' Renewed Motion for an Extension of Time to File a Response to Plaintiffs' Application for Fees and Other Expenses Under the Equal Access to Justice Act to be served on Counsel for the Defendants by the Electronic Case Filing system or, if this means failed, by electronic mail delivery to:

>Oliver W. McDaniel, Esq.
>Assistant United States Attorney
>Civil Division
>555 Fourth St., N.W.
>Washington, DC  20530
>oliver.mcdaniel@usdoj.gov

>/s/ Robert J. Symon
>ROBERT J. SYMON
>Bradley Arant Rose & White LLP
>1133 Connecticut Avenue NW
>12th Floor
>Washington, D.C. 20036
>(202) 393-7150